UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:24-cr-101-SPC-KCD

TREQUILLE DONTE
RODREGUEZ, SR.

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 44). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting his interest in a Ruger firearm (S/N 500315274) and a Value Cans LLC d/b/a Rebel Silencers firearm silencer (S/N HUN424) (hereinafter "assets") seized on or about July 2, 2024. *See* 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 44) is **GRANTED**.

1. Defendant's interest in the Ruger firearm (S/N 500315274) and a Value Cans LLC d/b/a Rebel Silencers firearm silencer (S/N HUN424) is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on November 26, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record